JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WILLIAMS, an individual, | Case No.: 8:18-cv-02064-DFM |
| Plaintiff, | |
| vs. | **JUDGMENT;** |
| IHS MARKIT LTD., a Bermuda exempted company, IHS GLOBAL, INC., a Delaware corporation, and DOES 1 through 50, inclusive, | **FRCP 58(a)** |
| Defendants. | |

## JUDGMENT

This matter came on for a bench trial before the Honorable Douglas F. McCormick, United States Magistrate Judge, in September 2022 on Plaintiff Darren Williams' claims against Defendants IHS MARKIT Ltd., IHS Global, Inc.

- 1 -
**JUDGMENT; FRCP 58 (a)**

1

KAUFF McGUIRE & MARGOLIS LLP
1901 AVENUE OF THE STARS SUITE 450
LOS ANGELES, CA 90067
TELEPHONE (424) 226-0609

1  and S&P Global Inc. ("Defendants").  (*See* Dkts. 110-114, 116.)  The parties filed
2  closing and rebuttal briefs and the Court held final arguments on December 8,
3  2022.  (*See* Dkts. 130, 131, 132, 133 and 134.)

4      On November 17, 2020, the Honorable Josephine L. Staton, United States
5  District Judge, previously assigned to this case, issued an Order granting in part
6  Defendants' motion for summary judgment.  (Dkt. 57.)  That Order is incorporated
7  by reference into this Judgment.

8      On January 19, 2023, this Court, having read and considered the oral and
9  written evidence, having observed the witnesses testifying, having considered the
10 supporting and opposing memoranda and briefs of all parties, and having heard and
11 considered the arguments of counsel and good cause appearing therefore, entered
12 Findings of Fact and Conclusions of Law pursuant to Federal Rule of Civil
13 Procedure 52, which are incorporated by reference into this Judgment.  (Dkt. 136.)
14 In the Conclusions of Law, the Court found: that Plaintiff's breach of contract
15 claim failed (Dkt. 136, ¶ 90 at 36); that Plaintiff did not prove breach of the
16 implied covenant of good faith and fair dealing and is not entitled to judgment on
17 this claim (Dkt. 136, ¶ 102 at 42); that Plaintiff is not entitled to judgment on his
18 Unfair Competition Law (UCL) claims (Cal.Bus.&Prof.Code §§ 17200, *et seq.*)
19 (Dkt. 136, ¶ 108 at 46); and that Plaintiff is not entitled to judgment on his
20 common count claim for services rendered. (Dkt. 136, ¶ 114 at 49).

21     By reason of the Order Granting Defendants' Motion for Summary
22 Judgment in part and the Findings of Fact and Conclusions of Law, Judgment shall
23 be entered as follows:

24

KAUFF McGUIRE & MARGOLIS LLP
1901 AVENUE OF THE STARS SUITE 450
LOS ANGELES, CA 90067
TELEPHONE (424) 226-0609

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. **First Cause of Action for Breach of Contract**: Judgment is entered in favor of Defendants.

2. **Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing**: Judgment is entered in favor of Defendants.

3. **Third Cause of Action for Conversion**: Judgment is entered in favor of Defendants.

4. **Fourth Cause of Action for Violation of California's Unfair Competition Law (Cal.Bus.&Prof.Code §§ 17200, *et seq.*)**: Judgment is entered in favor of Defendants.

5. **Fifth Cause of Action for Unjust Enrichment**: Judgment is entered in favor of Defendants.

6. **Sixth Cause of Action for Declaratory Relief**: Judgment is entered in favor of Defendants.

7. **Seventh Cause of Action for Failure to Timely Pay Compensation (Individual and PAGA Claim (Cal.Lab.Code §§ 2699, *et seq.*))**: Judgment is entered in favor of Defendants.

8. **Eighth Cause of Action for Failure to Compensate for all Hours Worked (Individual and PAGA Claim (Cal.Lab.Code §§ 2699, *et seq.*))**: Judgment is entered in favor of Defendants.

9. **Ninth Cause of Action for Failure to Furnish Accurate and Itemized Wage Statements (Individual and PAGA Claim (Cal.Lab.Code §§

**2699,** *et seq.***))**: Judgment is entered in favor of Defendants.

10. **Tenth Cause of Action for Common Count for Services Rendered**: Judgment is entered in favor of Defendants.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: January 31, 2023

_____
DOUGLAS F. MCCORMICK
United States Magistrate Judge

**JUDGMENT; FRCP 58 (a)**